**Zachary NEIDERT, Petitioner**

v.

**Albert CHARLIE, III, Respondent**

No. 486 MAL 2016

Supreme Court of Pennsylvania.

December 13, 2016

## ORDER

PER CURIAM

AND NOW, this 13th day of December, 2016, the Petition for Allowance of Appeal is **DENIED.**

Justice Mundy did not participate in the consideration or decision of this matter.

---

**SCENIC PHILADELPHIA and Tacony Academy Charter School a/k/a Frankford Valley Foundation for Literacy and Tacony Civic Association and Wissinoming Civic Association, Petitioners**

v.

**ZONING BOARD OF ADJUSTMENT OF THE CITY OF PHILADELPHIA and City of Philadelphia and Richard L. Cantor, Respondent**

No. 291 EAL 2016

Supreme Court of Pennsylvania.

December 13, 2016

## ORDER

PER CURIAM

AND NOW, this 13th day of December, 2016, the Petition for Allowance of Appeal is **DENIED.**